UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

FILED
JUN 0 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Leave to file without
Prepayment of Cost GRANTED
5/21/07

| | |
|---|---|
| VERNETTA TURNER-JONES<br>4446 E Street SE, #2<br>Washington, D.C. 20019<br><br>    Plaintiff,<br><br>v.<br><br>BENNING HEIGHTS COOPERATIVE<br>4430 E Street SE<br>Washington, D.C. 20019<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) APPLICATION TO PROCEED<br>WITHOUT PREPAYMENT OF FEES<br><br><br><br>Case: 1:07-cv-01024<br>Assigned To : Leon, Richard J.<br>Assign. Date : 06/07/2007<br>Description: CIVIL RIGHTS-NON. EMPLOY. |

COMES NOW, the Plaintiff, Vernetta Turner-Jones, by and through counsel, Bread for the City Legal Clinic, and respectfully requests this Court pursuant to 28 USC §1915 for an Order granting her leave to proceed in this matter without prepayment of fees and costs without giving security therefore. In support of this application, Plaintiff submits the attached affidavit showing her inability to pay such fees and costs or give security therefore without substantial hardship.

Respectfully submitted,

Vytas V. Vergeer, DC Bar #447121
Autumn M. Elliott, DC Bar #498528
Bread for the City Legal Clinic
1640 Good Hope Road
Washington, DC 20020
(202) 587-0525
(202) 574-1536 (fax)

RECEIVED

MAY 1 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| VERNETTA TURNER-JONES )<br>4446 E Street SE, #2 )<br>Washington, D.C. 20019 )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BENNING HEIGHTS COOPERATIVE )<br>4430 E Street SE )<br>Washington, D.C. 20019 )<br>)<br>Defendant. ) | AFFIDAVIT IN SUPPORT OF<br>APPLICATION TO PROCEED<br>WITHOUT PREPAYMENT OF FEES<br><br><br><br>Civil Action No. _____ |

I, Vernetta Turner-Jones, sworn on oath, depose and say that I am the Plaintiff in the above-entitled proceeding. I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint. In support of this motion to proceed without prepayment of costs or fees, or giving security therefore, I further state:

1. I am not currently incarcerated.

2. I am disabled. I was last employed by the Department of Transportation at 400 7th St., SW, Washington, DC, in 1998 earning $15 per hour. I receive Social Security benefits of $789 per month.

3. Within the past twelve months, I have not received income from a business, profession or other form of self employment, or in the form of rent payments, interest, dividends or other sources. My only income is as stated above.

4. I have a checking account which contains approximately $10.

5. I own a 1995 Nissan Pathfinder SUV valued at $2375 by the Kelly Blue Book and am a co-owner member of Benning Heights Cooperative. I have no additional real estate, stocks,

bonds, securities, other financial instruments, automobiles, or any other thing of significant value.

6.    My husband, who is incarcerated at this time, is dependent upon me for support and I send him what I can.

7.    An attorney with the Bread for the City Legal Clinic is representing me without cost or charge in this matter.

I declare under penalty of perjury that the above information is true and correct.

*Vernetta Turner-Jones*
Vernetta Turner-Jones

SUBSCRIBED AND SWORN TO before me this __3rd__ of May, 2007, in the District of Columbia.

*Mary A. Owens*
NOTARY PUBLIC, D.C.

My Commission Expires: __11-14-2011__