UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| VERNETTA TURNER-JONES<br>4446 E Street SE, #2<br>Washington, D.C. 20019<br><br>   Plaintiff,<br><br>v.<br><br>BENNING HEIGHTS COOPERATIVE<br>4430 E Street SE<br>Washington, D.C. 20019<br><br>   Defendant. | )<br>) CERTIFICATE OF REPRESENTATION<br>) WITHOUT COMPENSATION<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 071024 RJL<br>)<br>)<br>)<br>)<br>) |

CERTIFICATE OF REPRESENTATION WITHOUT COMPENSATION

Counsel for Plaintiff Vernetta Turner-Jones, pursuant to L.Cv. R. 83.2(g), certifies that she is representing Plaintiff without compensation.

This is the 14th day of June, 2007.

                Respectfully submitted,

                Autumn M. Elliott, #498528
                Bread for the City Legal Clinic
                1640 Good Hope Road, SE
                Washington, DC 20020
                (202) 561-8587
                (202) 574-1536 (fax)