**U.S. Department of Justice**
**United States Marshals Service**



## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL
United States District Court
for the
District of Columbia

TO: Benning Heights Cooperative
SERVE: Kenneth Dixon
205 Lastner
Greenbelt, MD 20770

Civil Action, File Number 07-1024 RJL

Vernetta Turner-Jones
v.
Benning Heights Cooperative

The enclosed summons and complaint are served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, and State law.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within     days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within     days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within 20 days for private defendants and/or 60 days for Federal defendants. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail

07-1024    2-29-08

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Benning Heights Coorperative
SERVE: Kenneth Dixon
205 Lastner
Greenbelt, MD 20770

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Kenneth M Dixon  ☐ Agent  ☒ Addressee

B. Received by (Printed Name)  C. Date of Delivery
Kenneth M Dixon

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

[MAR 2 2008 GREENBELT MD 20770 postmark]

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☒ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Article Number
(Transfer from service label)   7007 0710 0004 6579 0555

Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

(MS Official)

ND COMPLAINT

the complaint in the above captioned

Entity/Authority to Receive

ess

re

USM Form-299
Rev. 10/03
Automated 10/03

Copy 3 - Addressee
Copy 4 - USMS District Suspense