CO 538
Rev. 12/07

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Vernetta Turner-Jones
_____
Plaintiff(s)

vs.

Benning Heights Cooperative
_____
Defendant(s)

Civil Action No. 1:07-cv-01024

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this _____ day of June, 2008, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) Benning Heights Cooperative was [were] (select one):

☐ personally served with process on _____.

☑ served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee): March 12, 2008.

☐ served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____.

☐ The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: _____.

I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)

☑ no extension has been given and the time for filing has expired
☐ although an extension has been given, the time for filing has expired;

and the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_____
Attorney for Plaintiff(s) [signature]

Vytas Vaskojis Vergeer
Bread for the City
1640 Good Hope Rd., SE
Washington, D.C. 20020
(202) 587 0526

447121
_____
Bar Id. Number

Name, Address and Telephone Number