Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

VERNETTA TURNER-JONES

    Plaintiff(s)

V.

Civil Action No. 07-cv-01024-RJL

BENNING HEIGHTS COOPERATIVE

    Defendant(s)

RE:    BENNING HEIGHTS COOPERATIVE

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on March 12, 2008, and an affidavit on behalf of the plaintiff having been filed, it is this 9th day of July, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Jackie Francis
Deputy Clerk