UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VERNETTA TURNER-JONES<br><br>Plaintiff,<br><br>v.<br><br>BENNING HEIGHTS COOPERATIVE<br><br>Defendant. | 07-1024 (RJL) |

**CONSENT MOTION TO SET ASIDE ENTRY OF DEFAULT AND PERMIT THE DEFENDANT TO ANSWER OUT OF TIME**

Comes now the Defendant, Benning Heights Cooperative, by and through its undersigned counsel, and with the consent of the Plaintiff, moves for an Order setting aside the default entered against it on July 9, 2008, and permitting it to file an Answer.  The parties have conferred through their counsel and concluded that, in light of decisional law regarding the courts' preference for resolution of cases on their merits, permitting the Defendant to appear and Answer best serves the interests of judicial economy.

Respectfully Submitted,

 /s/ Jeffrey C. Seaman
Jeffrey C. Seaman, #466509
Whiteford, Taylor & Preston L.L.P.
1025 Connecticut Avenue, N.W.
Suite 400
Washington, D.C.  20036-5405
(202) 659-6800
Jseaman@wtplaw.com
Attorney for the Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VERNETTA TURNER-JONES <br><br> Plaintiff, <br><br> v. <br><br> BENNING HEIGHTS COOPERATIVE <br><br> Defendant. | 07-1024 (RJL) |

**ORDER**
**GRANTING CONSENT MOTION TO SET ASIDE DEFAULT AND PERMIT DEFENDANT TO FILE ANSWER OUT OF TIME**

The Court having considered the Motion and the relief requested therein,

IT IS ORDERED that the Motion is GRANTED.

FURTHER ORDERED that the Defendant shall have up to and including July 22 within which to file its Answer.

_____
Richard J. Leon, Judge

Copies:

Vytas V. Vergeer
Jeffrey C. Seaman